**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES CUSTOM HOUSE
ONE BOWLING GREEN, 6TH FLOOR
NEW YORK, NY 10004-1408

OFFICIAL BUSINESS

PT Mobile-8 Telecom Tbk
Menara Kebon Sirih, 18th Floor,
Jl. Kebon Sirih Kav. 17-19.
Jakarta 10340
Indonesia

NIXIE

NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD

HASLER
017H15533467
$0.440
06/24/2011
Mailed From 10004
US POSTAGE

# United States Bankruptcy Court
## Southern District of New York

---------------------------------x

In re:

Lehman Brothers Holding, Inc.,

Chapter 11 Case
Case No. 08-13555 (JMP)
(Jointly Administered)

Debtor.

---------------------------------x

Lehman Brothers Special Financing, Inc.

Adv. Proc. No. 10-03808 (JMP)

Plaintiff,

- against -

PT Mobile-8 Telecom TBK

Defendant.

---------------------------------x

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Name: PT Mobile-8 Telecom TBK**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Date: June 23, 2011

Vito Genna
Clerk of the Bankruptcy Court

By: s/ Mary Lopez
Deputy Clerk